# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **DENISE ANN BEAL,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10CV00070 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | By: James P. Jones |
| **COMMISSIONER OF SOCIAL** ) | United States District Judge |
| **SECURITY,** ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the Opinion accompanying this Judgment, it is **ADJUDGED AND ORDERED** as follows:

1. The Report filed on January 3, 2012, setting forth the findings and recommendations of the magistrate judge, is wholly ACCEPTED AND APPROVED;

2. The Motion for Summary Judgment filed by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The Motion for Summary Judgment filed by the plaintiff is DENIED;

4. The final decision of the Commissioner is AFFIRMED; and

5. The clerk is directed to close the case.

-2-

      ENTER:   February 9, 2012

      /s/  James P. Jones_____
      United States District Judge

Case 2:10-cv-00070-JPJ -PMS   Document 25   Filed 02/09/12   Page 2 of 2   Pageid#: 787