IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **DENISE ANN BEAL,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10CV00070 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | By: James P. Jones |
| **COMMISSIONER OF SOCIAL** | ) | United States District Judge |
| **SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Judgment, it is **ADJUDGED AND ORDERED** as follows:

1. The Report filed on January 3, 2012, setting forth the findings and recommendations of the magistrate judge, is wholly ACCEPTED AND APPROVED;

2. The Motion for Summary Judgment filed by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The Motion for Summary Judgment filed by the plaintiff is DENIED;

4. The final decision of the Commissioner is AFFIRMED; and

5. The clerk is directed to close the case.

ENTER: February 9, 2012

/s/  James P. Jones
United States District Judge